SINNOTT, PUEBLA, CAMPAGNE & CURET, APLC
    Randolph P. Sinnott, #107301
    (rsinnott@spcclaw.com)
    Michael J. Bartlett, #179653
    (mbartlett@spcclaw.com)
550 S. Hope St., Suite 2350
Los Angeles, California 90071-2618
Tel.: (213) 996-4200; Fax: (213) 892-8322

WILEY REIN LLP
    Daniel J. Standish (*pro hac vice*)
    (dstandish@wileyrein.com)
    Gary P. Seligman (*pro hac vice*)
    (gseligman@wileyrein.com)
1776 K Street, NW
Washington, DC  20006
Tel: (202) 719-7000; Fax: (202) 719-7049

Attorneys for Plaintiff and Counter-Defendant
GENESIS INSURANCE COMPANY

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| GENESIS INSURANCE COMPANY,<br><br>    Plaintiff,<br><br>vs.<br><br>UNIVERSITY OF SOUTHERN CALIFORNIA,<br><br>    Defendant. | Case No. 2:11-cv-06496-BRO-AJW<br><br>**ORDER GRANTING STIPULATED PROTECTIVE ORDER** |

The Parties' Stipulated Protective Order is GRANTED.

Dated: _____6/2/2014_____        _____

                                                            Hon.  Andrew J. Wistrich

                                                            U. S. Magistrate Judge

# PROOF OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of Los Angeles, State of California. My business address is 550 S. Hope St., Suite 2350, Los Angeles, CA 90071-2618.

On May 23, 2014, I served true copies of the following document(s) described as **ORDER GRANTING STIPULATED PROTECTIVE ORDER** on the interested parties in this action as follows:

**SEE ATTACHED SERVICE LIST**

**X    BY CM/ECF NOTICE OF ELECTRONIC FILING:** I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on May 23, 2014, at Los Angeles, California.

*/s/ Rose Hernandez*
Rose Hernandez

# SERVICE LIST

| | |
|---|---|
| Michael Bruce Abelson, Esq.<br>Vincent H. Herron, Esq.<br>Leslie A. Pereira, Esq.<br>ABELSON HERRON HALPERN LLP<br>333 South Grand Ave., Suite 1550<br>Los Angeles, CA 90071-1559<br>Telephone: (213) 402-1900<br>Facsimile: (213) 402-1901<br>mabelson@abelsonherron.com<br>vherron@abelsonherron.com<br>lpereira@abelsonherron.com | Attorneys for Defendant<br>University of Southern California |

104.128\Pleadings\USC 05-22-14 Order Stipulated Protective Order.docx

3